

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00573-CV

Jeanie Lee **AHRENS**,
Appellant

v.

Elmer **AHRENS**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 22-727-A
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's Final Decree of Divorce is AFFIRMED. We order all costs of this appeal to be taxed against appellant.

SIGNED July 23, 2025.

_____
Lori Massey Brissette, Justice